# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 29, 2009

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

139748 & (63)

FIRST INDUSTRIAL, L.P.,
          Plaintiff-Appellee,
          Cross-Appellant,

v                                                                SC: 139748
                                                                 COA: 282742
                                                                 Ct of Claims: 06-000004-MT
DEPARTMENT OF TREASURY,
          Defendant-Appellant,
          Cross-Appellee.

_____/

          On order of the Court, the application for leave to appeal the August 18, 2009 judgment of the Court of Appeals and the application for leave to appeal as cross-appellant are considered.  We direct the Clerk to schedule oral argument on whether to grant either application or take other peremptory action.  MCR 7.302(H)(1).  The parties may file supplemental briefs within 42 days of the date of this order, but they should not submit mere restatements of their application papers.

          I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 29, 2009

Clerk